AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Maine

**ORIGINAL**

| | |
|---|---|
| United States Department of Agriculture | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.   1:25-cv-00171-LEW |
| JEFFERY M.CLARK | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JEFFERY M.CLARK
> 5580 BAXTER ROAD
> BAXTER TN 38544

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kevin J.Crosman, Esq.
> Jensen Baird Gardner & Henry,
> Ten Free Street,
> P.O. Box 4510,
> Portland, ME 04112-4510

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    4/16/2025

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:25-cv-00171-LEW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeffrey Clarke

was received by me on *(date)*  5/27/25 .

☑ I personally served the summons on the individual at *(place)*  5580 Baxter Rd.

Baxter TN, 38544  on *(date)*  5/27/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  5/27/25

_____
Server's signature

Sgt Jake Dronebarger
Printed name and title

421 E. Spring St. Cookville TN
Server's address

Additional information regarding attempted service, etc: