**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>                            Plaintiff,<br><br>v.<br><br>JEFFERY M. CLARK,<br>and<br>TIFFANY L. CLARK,<br><br>                            Defendants, | **CASE NO. 1:25-cv-00171-LEW** |

**STATEMENT UNDER PENALTIES OF PERJURY OF KEVIN J. CROSMAN, ESQUIRE**

NOW COMES Kevin J. Crosman, Esquire and, under penalties of perjury, says as follows: My name is Kevin J. Crosman, and I reside in Phippsburg, Maine. I am an attorney at law, authorized to practice as such before this Court and the courts of the State of Maine and have been licensed and so authorized since 2008. I am a director, vice president, shareholder, and employee of the law firm of Jensen, Baird, Gardner & Henry PA ("JB"), working out of its offices located in Portland, Maine. JB represents the Plaintiff in the above-captioned case. My practice is concentrated in, among other things, the area of creditors' rights, including foreclosure upon mortgages of property located in Maine. I am lead counsel for the Plaintiff United States Department of Agriculture (the "Plaintiff") in the above captioned case.

1. The statements that I make in this Affidavit are true to my personal knowledge, including my personal knowledge of all documents and records to which this Affidavit refers. All copies of documents attached to this Statement are true copies of the originals.

2. As of the date of this filing, Plaintiff's counsel has been in contact with Deputy Harry McKenney of the Kennebec County Sheriff's Office, who is actively attempting to locate and serve Ms. Clark.

3. As a result of the foregoing, I have not yet been able to obtain service upon the Defendant in this case but continue to attempt to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2025.

                                                  /s/ Kevin J. Crosman
                                                  Kevin J. Crosman, Esquire Attorney for Plaintiff

JENSEN BAIRD
P.O. Box 4510
Portland, ME  04112-4510
(207) 775-7271
kcrosman@jensenbaird.com